# JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAEEDEH MIR MOGHTADAEE,<br>      Plaintiff,<br><br>            v.<br><br>SEAN MURPHY, et al.,<br>      Defendants. | Civil No.: 8:22-cv-01008-FWS (KESx)<br><br>**ORDER**<br>**Honorable Fred W. Slaughter** |

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**SO ORDERED** this 4th day of August, 2022.

_____

Hon. Fred W. Slaughter,
UNITED STATES DISTRICT JUDGE

1